NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1205

THYSSENKRUPP MEXINOX S.A. DE C.V.
and MEXINOX USA, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

AK STEEL CORPORATION, ALLEGHENY LUDLUM CORPORATION,
and NORTH AMERICAN STAINLESS,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 06-CV-0236, Judge Donald C. Pogue.

ON MOTION

O R D E R

Upon consideration of the appellants' motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

MAR 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK

cc:    Lewis E. Leibowitz, Esq.
       Mary T. Staley, Esq.
       Michael J. Dierberg, Esq.

s21

ISSUED AS A MANDATE: _____ **MAR 1 0 2010** _____

2010-1205